8 So.2d 588

### Gus BROWN v. ACE MOTOR CO.

#### 6 Div. 40.

Supreme Court of Alabama.

June 11, 1942.

Rosenthal & Rosenthal and Walter S. Smith, all of Birmingham, for the petition.

Frederick B. Logan, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Ace Motor Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Brown v. Ace Motor Co., 30 Ala.App. 479, 8 So.2d 585.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

8 So.2d 590

### Louis SPEARS v. STATE.

#### 4 Div. 257.

Supreme Court of Alabama.

June 11, 1942.

E. C. Boswell, of Geneva, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

PER CURIAM.

Petition of Louis Spears for certiorari to Court of Appeals to review and revise the judgment and decision of that court in the case of Spears v. State, 30 Ala.App. 483, 8 So.2d 589.

Writ denied.

GARDNER, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.